### GOLDIE TRAINOR v. CITY OF NEWARK.

March 15, 1977. Petition for certification denied. (See 145 *N. J. Super.* 466)

### CITY FEDERAL SAVINGS AND LOAN ASS'N. v. CORNELL BEWLEY.

March 15, 1977. Petition for certification denied.

### STATE OF NEW JERSEY v. LOUIS GIANNINI.

March 15, 1977. Petition for certification denied.

### WAYNE HOGLIN v. NATIONWIDE MUTUAL INSURANCE CO.

March 15, 1977. Petition for certification denied.

### STATE OF NEW JERSEY v. JOSEPH VINCENT SLOCKBOWER.

March 1, 1977. Motion for leave to appeal granted. (See 145 *N. J. Super.* 480)